■ In the Matter of LILLIAN FARSKY et al., Petitioners, v DAVID AXELROD, as Commissioner of the New York State Department of Health, et al., Respondents

Adjudged that the determinations are confirmed and the proceeding is dismissed on the merits, without costs or disbursements.

There was substantial evidence to support the Commissioner's determinations. Mollen, P. J., Mangano, Eiber and Sullivan, JJ., concur.